

**FILED**
CHARLOTTE, NC

AUG 1 8 2016

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:16-CR-_106_ |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| ERIC WINSTON STILES | ) | |

Upon motion of the United States Attorney General, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants, and the Motion to Seal be sealed.

This the __18th__ day of __August__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE