UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00106-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **ERIC WINSTON STILES,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Extend the Deadline to Respond to the Presentence Investigation Report (#25). Having reviewed the pleading and considered the Motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Extend the Deadline to Respond to the Presentence Investigation Report (#25) is **GRANTED**. Defendant is granted until, and inclusive of, April 28, 2017 to so respond.

Signed: April 7, 2017

Max O. Cogburn Jr
United States District Judge

-1-