# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT OF FORFEITURE IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cr-00106-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC WINSTON STILES, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion for Entry of Consent Order and Judgment of Forfeiture as to Eric Winston Stiles and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment of Forfeiture as to the property described in the Consent Order (#28-1) is hereby entered in accordance with the Court's April 28, 2017 Order.

April 28, 2017

_____
Frank G. Johns, Clerk
United States District Court